United States District Court
WESTERN DISTRICT OF NEW YORK

Robyn Rose Mazzone
        Plaintiff,

v.

Commissioner of Social Security
        Defendant.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 18-CV-455

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff's motion for judgment on the pleadings is denied and the Commissioner of Social Security's motion for judgment on the pleadings is granted.

Date: July 31, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: J. Cream
    Deputy Clerk